## NORTH SHORE CORPORATION, Appellant, v. William J. SCOTT et al., Appellees.

### No. 10882.

Circuit Court of Appeals, Fifth Circuit.

June 9, 1944.

Rehearing Denied July 11, 1944.

W. Gregory Smith, of Jacksonville, Fla., for appellant.

John E. Lake, of Jacksonville, Fla., for appellees.

Before SIBLEY, McCORD, and LEE, Circuit Judges.

LEE, Circuit Judge.

This case presents the same issues upon the same facts as the case of North Shore

Corporation, Appellant, v. Isadore Barnett et al., Appellees, 5 Cir., 143 F.2d 172.

Upon the authority of North Shore Corporation v. Isadore Barnett et al., the judgment of the Court below, 52 F.Supp. 503, is affirmed.

SIBLEY, Circuit Judge, dissenting.